IN THE UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DITMAR GRANT, individually and on behalf
of a class of others similarly situated,

  Plaintiffs,

v.             CASE NO. 8:18-cv-02178-SDM-CPT

EYE DOCTORS OPTICAL OUTLET, P.A.,

  Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, EYE DOCTORS OPTICAL OUTLET, P.A. ("Eye Doctors"), by and through undersigned counsel, hereby files its Unopposed Motion for Extension of Time and in support thereof states:

1. Defendant was served with the instant Complaint on September 10, 2018.

2. Defendant requires additional time to investigate the allegations of the complaint.

3. The undersigned contacted opposing counsel via email who agreed to a fourteen (14) day extension of time, making a response to the Complaint due on or before October 9, 2018.

4. This request is made in good faith and not for the purposes of delay.

5. Plaintiff will not be unduly prejudiced by this brief extension as this action is in its infancy.

WHEREFORE, Defendant, EYE DOCTORS OPTICAL OUTLET, P.A., respectfully requests this Honorable Court grant its Unopposed Motion for Extension of Time and grant such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was filed via CM/ECF which will send an electronic copy to:  Jibrael S. Hindi, Esq., The Law Offices fo Jibrael S. Hindi, 110 S.E. 6th Street, Suite 1744, Fort Lauderdale, FL 33301, jibrael@jibraellaw.com.

DATED this  27th  day of September, 2018.

ENGLANDER FISCHER

*/s/ David S. Delrahim*
DAVID S. DELRAHIM, Esq.
Florida Bar No.  0066368
Primary:  ddelrahim@eflegal.com
Secondary:  creeder@eflegal.com
DANIEL K. TAYLOR, Esq.
Florida Bar No. 117391
Primary:  dtaylor@eflegal.com
Secondary:  dturner@eflegal.com
**ENGLANDER and FISCHER LLP**
721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax:  (727) 898-7218
*Attorneys for Eye Doctors Optical Outlet, P.A.*